UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Alisa Love
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Midfirst Bank
_____

Attorneys:
Phese, Becker +
Saltzman LLC
_____

COMPLAINT

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            Alisa Love
            Street Address  518 S. 15th St.
            County, City    Essex   Newark
            State & Zip Code NJ 07103
            Telephone Number (973) 807-2765

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **MiJ first Bank / Midland Mortgage**
Street Address **P.O. Box 26648**
County, City **Oklahoma City**
State & Zip Code **OK 73126-0648**

Defendant No. 2
Name **Pluese Becker + Saltzman LLC**
Street Address **20000 Horizon Way Suite 900**
County, City **Burlington, Mt. Laurel**
State & Zip Code **NJ 08054-4318**

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal Questions          [ ] Diversity of Citizenship
[X] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? **Filing of False Claim subjecting to an Illegal Foreclosure.**

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Essex County August 29, 2012

B. What date and approximate time did the events giving rise to your claim(s) occur? The date was August 29th 2012 @ 12pm.

C. Facts: [What happened to you?] I filed a motion to stay an eviction @ 9Am in Superior Court located in Essex County on August 28th 2012. I was denied. I filed an emergency appeal with the Appellate Division and was granted.

[Who did what?] Mr. West from Law firm Pluese Becker + Saltzman filed a motion @ 9Am before Judge Kenneth Levy asking to proceed with eviction.

[Was anyone else involved?] Essex County Sheriff department.

[Who else saw what happened?] The residence of my neighborhood watched as my items were taken out of my home + placed into a truck.

- 3 -

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. The injuries I sustained was being homeless from Sept 2012 until March 16th 2013. I slept in my car several nights. My family stability was jeopardized as well as constantly all my children were @ state. It was [very] difficult to go to work each morning not having a stable home. My children school attendance was disrupted.

★ See attached sheet.

V. **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like for the federal Court to review my entire case. I ask the courts to schedule a trial before a jury to have my case heard. I would like to re-capture my home and return my family back into a stable safe environment. I am seeking damages for my lost family pets, trails + tribulations in the amount of 3 million.

Cont. to page 4 part 4 of Petition

My family and I experienced humiliation and embarrassment from friends, family members and neighbors.

My finances was not stable due to paying to stay with friends and family members, living in and out of hotels. My entire savings was invested into open a Beauty Salon helping friends and family members. My business failed due to improper working utilities.

I have missed family events for lack of resources and dealing with pain and mental anguish due to proceeding with the courts to recapture my home.

My family and I lived in a Save House for six months due to domestic violence which may have caused separation of my family members and possible incarnation for filing of false complaints.

Once my family and I exit the shelter I was given a voucher for housing for one year. My entire life was still locked away in a storage unit. I struggled to maintain payments late fees added continuously and as of December 18, 2013 my storage unit was auctioned. I lost my entire life as well as my business supplies and equipment. During that period of time for one year my family and I experienced harassment, verbal abuse. These actions lead to a physical confrontation and my state job for 21 years was terminated on May 19, 2014. The action caused my family and I further financial hardship.

Presently we are living in the south side of Newark I had to relocate due to events as a result of the physical confrontation. Our safety is @ state hearing gun shots during day, evening or night. This not my ideal of living being removed from a quiet neighborhood to an area where you are afraid to walk out the door. I resided in the location to try and save for a better locating as well as re-capture my home.

I experienced financial hardship and presently today have financial hardship. My children and I have been enduring pain and suffering, humiliation and embarrassment. I'm hoping to return my family and I back into our save home without losing any members.

The injuries I have sustained relating to the events and Illegal foreclosure was health issues. I have been under treatment for the heart. My body experienced a hormonal imbalance for which I had to receive treatment. I have been to counselling to stay focus, nights of stressing and tears trying to find peace reading my bible.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __7__ day of __June__, 20__16__.

Signature of Plaintiff _____
Mailing Address  518 South 15th St.
                 Newark, NJ
                 07103
Telephone Number (973) 807-2765
Fax Number *(if you have one)* _____
E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____