July 21, 2016

Honorable Susan D. Wigenton U.S.D.N.J
Case 2;16-cv-03360-SDW-LDW

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 JUL 21  P 1: 26

Amended Complaint

I Alisa filing an amended complaint to request re-opening of my case for the following reasons:

1) I an appeal with the Appellate Division Courts requesting for an oral argument of my case. The request was granted on September 17. 2013, before Judges Espinosa and Koblitz and decided on September 26, 2013.
2) I filed an appeal with the N.J. Supreme Court on February 4, 2014 and was denied Petition for Certification and Motion for reconsideration.
3) I contact several legal services throughout New Jersey for legal advice filing Pro-Se.
4) I received information to file my case with the United States Supreme Court which I pursed and misfortunately according to Court Rules and Regulates the case was closed.
5) During trail court proceedings I was advised to follow the proper channels of filing an appeal with The N.J. Appellate first, next N.J. Supreme Court and the United States Supreme Court.
6) I was not informed of any rights any time during trail court or Higher court to file with the U.S.D.N.J. Until I expressed my concerns about my case to the Court Clerk for the United States Supreme Court. Then I found out I may seek justice in U.S.D.N.J. If it appeared I may not have been within Statue of Limitation to address my case in U.S.D.N.J. is due to lack of knowledge and legal advice.
7) I am forwarding proof of trail and effort on my behalf to seek justice in trail courts, N.J. Appellate N.J. Supreme Court and the United States Supreme Court.

Yours truly,
Alisa Love